# EXHIBIT B

**U.S. Patent No. 7,398,298**



US007398298B2

(12) **United States Patent**

Koch

(10) Patent No.: **US 7,398,298 B2**
(45) Date of Patent: **Jul. 8, 2008**

(54) **REMOTE ACCESS AND RETRIEVAL OF ELECTRONIC FILES**

(75) Inventor: **Robert A. Koch**, Norcross, GA (US)

(73) Assignee: **AT&T Delaware Intellectual Property, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/690,803**

(22) Filed: **Mar. 23, 2007**

(65) **Prior Publication Data**

US 2007/0168439 A1     Jul. 19, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/109,914, filed on Mar. 29, 2002, now Pat. No. 7,197,537.

(51) **Int. Cl.**
  *G06F 15/16* (2006.01)
  *G06F 12/00* (2006.01)
  *G06F 17/30* (2006.01)
  *G06F 15/173* (2006.01)

(52) **U.S. Cl.** ........................ **709/206**; 707/205; 709/219

(58) **Field of Classification Search** ........................ None
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,138,158 | A | 10/2000 | Boyle |
| 6,240,445 | B1 | 5/2001 | Kumar |
| 2002/0024536 | A1 | 2/2002 | Kahan |
| 2002/0032601 | A1 | 3/2002 | Adamsu |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO0213551 A1 | 2/2002 |

*Primary Examiner*—George C Neurauter, Jr.
(74) *Attorney, Agent, or Firm*—Withers & Keys, LLC

(57) **ABSTRACT**

A system and methods for remotely accessing, retrieving, and transmitting data offering remote data management control and verification of data delivery is provided. In an illustrative implementation, the present invention comprises a computing application operating on at least one computer server that cooperates with at least one communications network to which participating users have access. The exemplary computing application coordinates the delivery of desired data its corresponding data directory structure information to participating users over the communications network. The present invention further provides notification of delivery of data to intended targets using the communications network.

**19 Claims, 13 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9A

<u>17</u>



FIG. 9B



FIG. 10



FIG. 11



FIG. 12

US 7,398,298 B2

**1**

## REMOTE ACCESS AND RETRIEVAL OF ELECTRONIC FILES

This application is a continuation of application 10/109, 914, filed on Mar. 29, 2002 now U.S. Pat. No. 7,197,537, and entitled Remote Access and Retrieval of Electronic Files.

### FIELD OF THE INVENTION

The present invention relates to the field of data retrieval, and more particularly, to the retrieval and transmission of data from and/or to a remote server using computing elements varying in form-factor and complexity.

### BACKGROUND

Advances in communications technologies have had a significant impact on our lives. From simple telephony to video conferencing, communication technologies have allowed us to more easily transfer data from one source to another regardless of geographic limitations. The Internet hails as the one of the most recent significant advances that has had a substantial influence on our daily routines. Evidence of this impact can be seen in the insatiable appetites for e-mail communications and Internet services, such as, the World Wide Web (WWW), instant messaging, online discussion boards (chat rooms), etc. The impact of the Internet and other similar communications networks can be seen both at home and in the workplace. Public and private sectors, alike, have recognized the strength of these communication technologies and have deployed comprehensive information technology plans to exploit them. These information technology plans allow employees to engage in telecommuting such that data resources may be leveraged, in real time, to employees independent of geographic limitation. As a result, both the enterprise and its employees realize significant benefits from this ability.

The communication industry has been quick to respond to the growing needs of consumers to have access to data. A slew of products and services have been designed developed, and deployed in response to these needs. From broadband data services to wireless telephony, communication technology developers and service providers (e.g. telecommunication companies such as regional Bells) have deployed and continue to deploy communications products and services that operate on their communications networks. When deployed, these services allow for the real-time data transmission and delivery. For example, communication service providers support the mobile delivery and transmission of electronic mail to hand-held mobile computing devices such that participating users can access their electronic mail remotely. Similarly, real-time browsing of Internet Web content, delivery of secure corporate data is also supported by current communications networks. As such, communications service providers are constantly striving to exploit the capacity and abilities of their communications networks.

Currently communications network services focus on the delivery and storage of content. Typically, data is stored on a computer server connected to one or more communication networks supported and maintained by the communications network service providers. The computer server executes one or more computing applications that allow participating users to access a variety of data stored either on the computer server or on one or more cooperating data stores. Generally, with current communication network services, participating users have little or no control over where the data may be stored. That is, the computer server computing applications perform

**2**

most of the data management functions and for the most part act to "push" the data from the computer server to the participating users' computing device (e.g. home personal computer, mobile telephone, mobile personal digital assistant, etc.). Furthermore, current remote access systems and methods do not provide confirmation to participating users of the delivery and distribution of desired data. That is, participating users most often are left to assume that the communication network with which they are interacting has delivered the desired data in accordance with the participating users' intentions.

However, these practices fall short of providing participating users with the ability to remotely access data such that the participating users have data management and storage control (e.g. control over the directory structure), as well as, receive confirmation that desired data has been delivered and/or distributed correctly. Without the ability to remotely have data management control and without confirmation of proper data delivery, participating users are often left with the arduous tasks of ferreting out desired data from pre-defined directory structures and manually confirming that desired data has been delivered to intended parties. Moreover, in the context of remotely accessing data from a corporate network, often participating users require the ability to create new directory data structures to store new data, modified data, or simply to move data from one storage location to another. Current communications networks systems do not support such capabilities leaving participating users wanting.

From the forgoing it is appreciated that there exists a need for comprehensive system and methods that allow the remote access and transmission of data such that users have remote control data storage management features (e.g. control over directory structures).

### SUMMARY

System and methods are disclosed that allow the remote access of data over a communications network such that participating users have the ability to control data directory structures where data is stored and that provides notification of data delivery to the sending party upon delivery of data to the desired target. In an illustrative implementation, the remote data access system comprises a computer server operating at least one computing application that allows for the transmission and delivery of data across the communications network. The illustrative computer server operates a computing application that manages the transmission and delivery of desired data, data structures, and data delivery notifications to remote computing devices over the communications network.

In operation, participating users may send requests to view and manipulate data and associated data directory structures over the communications network (or communications networks) to a computing application operating on one or more cooperating computing servers. The computing application coordinates the retrieval and aggregation of data from various cooperating data stores and computer servers to authenticate participating users trying to gain access to stored data and data directories and to provide desired data and data directory information. Furthermore, the computing application coordinates the delivery of data over one or more communication networks to desired targets identified by participating users

US 7,398,298 B2

| 3 | 4 |

and provides notification to participating users of data delivery.

Other features of the present invention are described below.

## BRIEF DESCRIPTION OF THE DRAWINGS

The system and methods for remote retrieval of data are further described with reference to the accompanying drawings in which:

FIG. 1 is a system diagram of a an exemplary networked computing environment;

FIG. 2 is a block diagram showing the interaction between exemplary parties when retrieving and transmitting data;

FIG. 3 is a block diagram of an exemplary computing application operating to retrieve and transmit data remotely;

FIG. 4 is a block diagram showing the interaction between exemplary components of a remote data retrieval system when logging onto the communications network;

FIG. 5 is a block diagram of showing the interaction between exemplary components of a remote data retrieval system when viewing data;

FIG. 6 is a block diagram showing the interaction between exemplary components of a remote data retrieval system when sending data across a cooperating communications network;

FIG. 7 is a block diagram showing the interaction between exemplary components of a remote data retrieval system when receiving notification of data transmission;

FIG. 8 is a screen shot of an exemplary user interface that allows participating users to log onto a remote data retrieval system;

FIGS. 9A-9B are screen shots of exemplary user interfaces when viewing data (directories and/or files) on a remote data retrieval system;

FIG. 10 is a screen shot of an exemplary user interface when sending data via a remote data retrieval and transmission system;

FIG. 11 is a flow diagram of the processing performed when authenticating users and viewing data using a remote data retrieval and transmission system; and

FIG. 12 is a flow diagram of the processing performed when sending data across the remote data retrieval and transmission system

## DETAILED DESCRIPTION OF ILLUSTRATIVE IMPLEMENTATION

Overview

The adage "knowledge rules" still reigns supreme. In the era of information technology ("IT") and communications networks, consumers (and/or users) have put a premium on the ability to have real-time access to their data (or conversely their source of knowledge) regardless of geography and time of day. In response, communications service providers have designed, developed, and deployed various services that allow participating users to have access to their desired data. Such services include mobile telephony, mobile e-mail, and wireless access to the World Wide Web. These services, for the most part, allow participating users to access data without control over the underlying data directory structure in which the data may be stored. Stated differently, with existing communications services deployed on existing communications networks, participating users are able to view, modify, and store data but are not able to view or modify the underlying data directory structure in which the data is stored.

The consequences of having a lack of directory control is most felt by participating corporate users. Specifically, in the corporate communications environment, corporate users often are required to access data remotely. Whether the corporate user relies on a virtual private network (VPN), a local-area network (LAN), a wide-area network (WAN), or other communications network(s) to access their data, the corporate user most often seeks to not only control the desired data but also its corresponding data directory structure. For example, a sales person is on a client call and realizes that he/she forgot the client's profile report in the office. Under current practices, the salesperson will most likely have to call someone at the office to pull the client's profile report from their network and possibly e-mail the report to the salesperson for viewing on his/her portable (mobile) computing device. Such practice, as one may imagine, is rather arduous and time consuming. Further, the salesperson would have to rely on another person to "pull" the desired data. It is noted that there may exist practices that allow participating users control over data and data directory structure remotely. However, such practices are generally not operable over wireless communications networks thereby requiring participating users to use non-wireless computing devices to access and control data and its corresponding data directory structure. A more palatable scenario envisions the salesperson having direct access to the data and its corresponding directory structure through their mobile device.

Systems and methods disclosed herein aim to ameliorate the shortcomings of existing practices offering participating users the ability to access data remotely wherein such access includes the ability to control data directory structures maintaining desired data. Further, the disclosed system provides notifying participating users delivery of data over the communications networks to desired targets. In an illustrative implementation, a system comprises a computing application operating on at least one computer server that cooperates with at least one communications network to which participating users have access. The computing application coordinates the delivery of data and data structure information to participating users over the communications network. Other aspects of the illustrative systems and methods are described below.

Illustrative Communications Network Environment

FIG. 1 illustrates an exemplary network environment 100, with a server computer 10a, 10b in communication with a number of communication devices (or computing devices) via a communications network 160, in which the exemplary system and methods may be employed. As shown in FIG. 1, a number of servers 10a, 10b, etc., are interconnected via a communications network 160 (which may be either a fixed wire or wireless LAN, WAN, intranet, extranet, peer-to-peer network, or the Internet) with a client computer 20, or computing devices, such as, mobile phone 15, personal digital assistant 17, telephone 19, and pager 21. In a network environment in which the communications network 160 is the Internet, for example, servers 10a and 10b can be Web servers with which the communication and/or computing devices communicate via any of a number of known protocols, such as, hypertext transfer protocol (HTTP) or wireless application protocol (WAP), as well as other innovative communication protocols. Each computing device can be equipped with computing application 180a, 180b, 180c, and 180d, for example, to gain access to the servers 10.

Thus, an exemplary computer network environment having client computing devices for accessing and interacting with the network and a server computer for interacting with client computers has been disclosed. However, the systems

US 7,398,298 B2

5

and methods for providing remote access of data of the present invention can be implemented with a variety of network-based architectures, and is not limited to the example shown.

Remote Data Retrieval and Transmission

FIG. **2** depicts the interaction between client computing devices and server computers to realize remote access and management of data. As shown in remote access system **200**, a participating user **205** may request data from a remote server computer by interacting with one or more computing devices **15**, **17**, **19**, **20** and **21** (of FIG. **1**) operating computing applications **180***a-d*. Computing applications **180***a-d* communicate the request to the server computer **10***b* operating computing application **180** over communications network **160**. The request is processed by computing application **180**, as described below, to execute the request for data delivery. Once processed, the data is delivered to a data delivery target **310**, which may be, for example, another user of the requestor himself, over communications network **160**. A data delivery verification is delivered to the requesting computing device as indicated by the arrows. The participating user **205** is then allowed to view the data and/or data delivery verification notice using computing devices **15**, **17**, **19**, **20** and **21**.

FIG. **3** illustrates the operation of exemplary computing application **180** that operates on remote data access and management system **200** that operates to allow remote access and management of data. As shown computing application **180** comprises a computing application processing and storage area **180***a'* and a computing application display area **180***b'*. Computing application processing and storage area **180***a'* further comprises processing rules **180***a'*(**1**) and ID data store **180***a'*(**2**). Computing application display area **180***b'* comprises display content **180***b''*. In operation, data may be processed in computing application processing and storage area **180***a'* for display in computing application display area **180***b''*. In an illustrative implementation, when a request is made to retrieve and/or manage data from remote access and management system, the request for data is passed to computing application **180**. The request is first processed according to processing rules **180***a'*(**1**) using ID data store **180***a'* (**2**) to authenticate the request. If authenticated, the request is honored and the desired data is placed for display as display content **180***b'* in computing application display area **180***b'*.

FIGS. **4-7** show an exemplary deployment of a remote data access system that allows for the remote access of data and its corresponding data directory structure, as well as that performs data delivery notification. As shown, remote data access system **400** comprises various communication devices including but not limited to mobile telephone **402**, telephone **408**, pager **410**, wireless access protocol (WAP) device **402***a*, wireless personal digital assistant (PDA) **412**, pocket-PC **414**, and client computer **422**. These communication devices (or computing devices) maintain a number of communications network connections allowing them to transmit and receive various data between themselves and cooperating communications networks and other communications devices (or computing devices). For example and as shown in FIGS. **4-7**, mobile telephone **402** communicates data to wireless voice provider communications network **404**. In turn, wireless voice provider communications network may cooperate with a central office (CO) **406** of a telephone communication network. The CO, providing connections to telephones **408**, in turn may cooperate with a voice XML server **416** that itself is connected to the Internet **444**. Further, voice XML server **416** may also cooperate with public switch telephone network (PSTN) or other wireless carrier.

6

Similarly, pager **410**, WAP device **402***a*, wireless PDA **412**, and pocket-PC **414** may be connected to wireless data provider **448**. Specifically, WAP device **402***a* may connect to wireless data provider **448** through WAP gateway server **438**, and wireless PDA **412** may connect to wireless data provider **448** through web access gateway **440**. The wireless data provider communications network **448** may cooperate with the Internet **444** so that communication devices **410**, **402***a*, **412**, and **414** may transmit and receive data over the Internet **444**.

Lastly, the Internet may cooperate with a number of computer servers including remote e-mail server **420** and web server **428**. As shown, web server **428** cooperates with the Internet through firewall **426** and maintains communication with e-mail server **424**. Furthermore, web server **428** hosts a remote access application **425** that coordinates the remote access of data and the delivery and notification of accessed data. Remote access application **425** cooperates with a number of data stores to realize remote access and delivery notification of data. These data stores may include a user authentication data store **424**, a profile data store **432** and data files data store **430**. User authentication data store **424** contains data representative of user information (e.g. usernames and passwords). Comparatively, profile data store **432** may contain information indicative of user profiles that give insight to the scope of data a particular user be allowed to access. Data files data store **430** contains the desired data and corresponding data directory structures.

Generally, in order to gain access to data remotely using the preset system, the user must identify themselves to the system. Typically, this is accomplished by requiring users to enter a user identification and password combination. Thus, when a user using a device such as, for example, PDA **412** desired to access their data, they must enter a USER ID and PASSWORD as described below in connection with FIG. **8**. Upon entering this information, it is transmitted through system **400** to access remote access application **425** where user authentication processing is performed.

FIG. **4** shows the data flow (as indicated by the arrows) of data communicated through remote data access system **400** when performing user authentication. As shown user authentication data may originate from a number of different sources (e.g. mobile telephone **402**, telephone **408**, pager **410**, wireless access protocol (WAP) device **402***a*, wireless personal digital assistant (PDA) **412**, and pocket-PC **414**). The authentication request comprises a user identification and password of some sort. The authentication request is passed along to the various cooperating communications networks as shown by arrows **450**, **452**, **462**, **464**, **466**. In turn, these communications networks pass along the authentication request to the Internet as indicated by arrows **456** and **446**. The request is then passed along to the cooperating web server **428** as indicated by arrow **458** where it is processed by remote access application **425** operating on web server **428**. In turn, remote access application **425** calls upon user authentication database **424** to retrieve authentication information for use in processing the authentication request. Specifically, user authentication data store **424** receives a password associated with a user ID in the authentication request. If the password in the request matches that received from data store **424**, access to data files data store **430** is granted. Of course, if the password in the request does not match, then authentication fails and notification of the failure is transmitted through remote data access system **400** to the device from which the authentication request originated.

Conversely, if the authentication process indicates data access should be provided, remote access application **425** queries profile data store **432** to determine what data and

US 7,398,298 B2

7

directories are to be made available to the requesting device (e.g. participating user requesting access). The results of this query, which may identify the directories and files accessible to the requesting device, are forwarded by remote access application **425** via remote data access system **400** to the device from which the request was made. At the requesting device, the accessible directories and files are displayed by exemplary computing application **180**a-d (not shown) using an interface, such as, for example is described in connection with FIGS. **9-10**.

FIG. **5** shows the data flow (as indicated by the arrows) of data communicated through remote data access system **400** when performing data and data directory structure retrieval for display and manipulation of the cooperating communication devices. As shown, the remote access application cooperates with data files data store **430** to retrieve desired data (as indicated by a request for data by a participating user (communication device)—not shown) as indicated by arrow **470**. The data is formatted by remote access application and communicated to the requesting communications device through the Internet **444** by web server **428**. The data may travel across a number of cooperating communications networks from the Internet **444** to reach the requesting communications device. For example, if the requesting device is mobile telephone **402**, data would travel across the Internet **444** to voice XML server **416** as indicated by arrow **478** to CO **406** as indicated by arrow **480** and then to the mobile telephone **402** through wireless voice provider communications network **404** as indicated by arrow **484**. Comparatively, arrow **482** indicates the data path if telephone **408** were the requesting communications device and arrows **471** and **476**, **474**, and **472** indicate the data path if any of pager **410**, WAP device **402**(a), wireless PDA **412**, and pocket-PC **414** were the requesting communication devices. Once at the requesting communications device, the desired data and its corresponding data directory structures may be displayed, and furthermore instructions may be sent along the various data paths to indicate modifications and storage of the desired data and corresponding data directory structures. These instructions are processed and executed by the remote access application operating on web server **428**.

After receiving an indication of the directories and data accessible to them, participating users may choose to perform a number of procedures, including, forwarding a file or files stored in data files data store **420** to another user, downloading a file to the requesting participating users' computing device (e.g. mobile phone **402**, telephone **408**, pager **410**, PDA **412**, pocket-PC **414**, client PC **422**), or manipulating the remotely stored data directories and/or files. Requests for performing these or any other type of data access function/operation are formatted by the participating users' requesting devices, forwarded over remote data access system **400**, and processed by remote access application **425**.

FIG. **6** shows the data flow (as indicated by the arrows) of data communicated through remote data access system **400** when performing data delivery to intended delivery targets. For example, a participating user may desire to e-mail a file stored at data files data store **430** to a co-worker. The user formats the request using his/her computing device (e.g. mobile computing device), which may be, for example, a PDA having software thereon to provide an interface such as is described below in connection to FIG. **10**. After the request is formatted, it is forwarded via remote data access system **400** to remote access application **425**. Remote access application **425** cooperates with data files data store **430** to retrieve the desired data for delivery as indicated by arrow **470**. Furthermore, remote access application cooperates with e-mail

8

server **434**, as indicated by arrow, **488** which in turn cooperates with profile data store **432**, as indicated by arrow **486**, to obtain delivery information, such as e-mail address information. In operation, e-mail server **434** communicates the desired data and data directory structure to identified intended targets using the Internet **444** as indicated by arrow **490**. In an illustrative implementation, the data may be delivered to a remote e-mail server as indicated by arrow **492**. In turn, remote e-mail server **494** may be accessed by a number of communication devices (e.g. mobile telephone **402**, pager **410**, wireless PDA **412**, pocket-PC **414**, and client computer **422**), as indicated by arrow **494**, so that delivery of the desired data to intended targets is realized. After an action, such as sending a file or changing a directory structure, has been taken with respect to the participating user's data, the participating user receives notification that the action has been completed. Thus, after remote access application **425** implements the action specified by the user, it forwards notification to the user.

FIG. **7** shows the data flow (as indicated by the arrows) of data communicated through remote data access system **400** when performing data delivery notification. The notification data flow is indicated by arrows **496** and **498**. For example, a notification message may be delivered to the requesting communications device(s) to verify that the desired data has been delivered by the remote access system **400** to the intended target(s).

FIG. **8** shows an exemplary screen shot of a user interface used to authenticate participating users for remote data access by a remote access application. As shown, personal digital assistant (PDA) **17** comprises a display area **810** and navigation controls **820**. In operation, a participating user may manipulate data in display area using navigation controls **820**. Further, as shown, within, display are **810**, user authentication interface **830** may be used to authenticate participating users. For example, user authentication interface **830** may comprise one or more pull down menus that may be operated to input participating user information for communication to a remote access application **425** that is capable of to authenticating the user based on the inputted information. Further, user authentication interface **820** may contain one or more dialog boxes that can accept inputs from participating users to indicate the participating user's assigned authentication information (e.g. username and password).

FIGS. **9**A and **9**B show exemplary screen shots of user interfaces to perform data and data directory structure viewing, manipulation, and storage. In operation, a participating user may manipulate data in display area **810** using navigation controls **820**. Within display are **810**, data and data directory structure display and manipulation interfaces **840** and **850** may be utilized to realize data and data structure display and manipulation. For example, data and data directory structure display and manipulation interfaces **840** and **850** may comprise one or more pull down menus that may be operated to retrieve desired data from data directory structures. Further, data and data directory structure display and manipulation interfaces **840** and **850** may contain one or more dialog boxes that can accept inputs from participating users to indicate desired data and corresponding data directory structures for retrieval from a remote computer network.

FIG. **10** shows a screen shot of a user interface to perform data delivery and identification of desired data by an exemplary remote access application. As shown personal digital assistant (PDA) **17** comprises a display area **810** and navigation controls **820**. In operation, a participating user may manipulate data in display area **810** using navigation controls **820**. Further, as shown, within display area **810**, data delivery and notification interfaces **860** may be displayed and inter-

US 7,398,298 B2

9

acted with to realize data delivery and notification. For example, data delivery and notification interfaces **860** may comprise one or more pull down menus that have information representative of intended targets and provide information about the data that is to be distributed. Further, data delivery and notification interfaces **860** may contain one or more dialog boxes that can accept information representative of data delivery and notification targets. An example of such dialog box is an intended delivery dialog box requesting information about the intended delivery mode (e.g. e-mail, pager, mobile telephone, instant message address, etc) for recipient that is to receive the intended data (that may be described in another dialog box). Indeed, a voice activated interface may be used to provide access to remote data.

It is understood that although a personal digital assistant **17** is described to maintain the exemplary user interfaces as shown in FIGS. **8-10**, that such description is merely exemplary as the present invention contemplates the deployment of the same or similar user interfaces in various computing devices including but not limited to, pagers, mobile telephones, mobile computing devices, and any and all other computing device capable of supporting these described user interfaces.

FIG. **11** shows the processing performed to authenticate participating users to grant remote access to desired data and data directory structure. As shown, processing begins at block **1100** and proceeds to block **1110** where a check is performed to determine if a request for remote data has been made. If there is no request, processing reverts to block **100** and proceeds from there. However, if a request for remote data has been made at block **110**, processing proceeds to block **1120** where the data request is routed to the remote access application **425**. Remote access application **425** queries user authentication data store **424** to verify that the user ID and password submitted with the request is valid. From there, processing proceeds to block **1130** where an additional check is performed to determine if the participating user who offers the request for data is authenticated. If the participating user is not authenticated processing terminates at block **1160**.

Alternatively, if the user is authenticated at block **1130**, processing proceeds to block **1140** where the participating user is granted access to desired data and its corresponding data structure. More specifically, remote access application **425** queries data files data store **430** to determine which data directories and files are accessible by the authenticated user. Processing proceeds to block **1150** where the data is handled in response to participating users' input. From there processing terminates at block **1160**.

FIG. **12** shows the processing performed when providing notification of delivery of data to desired targets. As shown, processing begins at block **1200** and proceeds to block **1210** where the desired data and its corresponding data directory structure are offered to requesting participating users. In operation, this step may be realized by the interaction of the exemplary remote access application with one or more cooperating data stores that contains the desired data and its corresponding data directory structure(s). From there, the data to be delivered is identified at block **1220**. The data is then communicated to the appropriate cooperating communications networks for delivery at block **1230**. The data is then delivered and confimed using the appropriate cooperating communications networks at block **1240**. A verification of delivery confirmation is then prepared and communicated to the participating user at block **1250**. Processing then terminates at block **1260**.

CONCLUSION

Thus, system and methods have been disclosed herein for remotely retrieving and transmitting data across a communi-

10

cations network such that data management control and data delivery verification are leveraged to participating users. It is understood, however, that the exemplary systems and methods are susceptible to various modifications and alternative constructions. There is no intention to limit the possible embodiments to the specific constructions described herein. On the contrary, the systems and methods may have numerous modifications, alternative constructions, and equivalents.

It should also be noted that the above described systems and methods may be implemented in a variety of computer environments (including both non-wireless and wireless computer environments), partial computing environments, and real world environments. The various techniques described herein may be implemented in hardware or software, or a combination of both. Preferably, the techniques are implemented in computer programs executing on programmable computers that each include a processor, a storage medium readable by the processor (including volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code is applied to data entered using the input device to perform the functions described above and to generate output information. The output information is applied to one or more output devices. Each program is preferably implemented in a high level procedural or object oriented programming language to communicate with a computer system. However, the programs can be implemented in assembly or machine language, if desired. In any case, the language may be a compiled or interpreted language. Each such computer program is preferably stored on a storage medium or device (e.g., ROM or magnetic disk) that is readable by a general or special purpose programmable computer for configuring and operating the computer when the storage medium or device is read by the computer to perform the procedures described above. The system may also be considered to be implemented as a computer-readable storage medium, configured with a computer program, where the storage medium so configured causes a computer to operate in a specific and predefined manner.

Although an exemplary implementation of the herein disclosed systems and methods been described in detail above, those skilled in the art will readily appreciate that many additional modifications are possible in the exemplary embodiments without materially departing from the novel teachings and advantages of these systems and methods. Accordingly, these and all such modifications are intended to be included within the scope the herein described system and methods. The herein disclosed system and methods are better defined by the following exemplary claims.

What is claimed is:

**1**. A system for providing remote control of data directory structures across at least one communications network, comprising:

a computer server, the computer server coupled to the communications network;

a remote data directory structure management computing application, the remote data directory structure management computing application operating on the computer server to process received requests for remote data directory management of desired data residing in directory structures by participating users; and

a profile data store comprising information relating to the data and data directory structures accessible to each of the participating users, wherein the profile data store is queried for the data directory structures accessible to each of the participating users, wherein further a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification.

US 7,398,298 B2

11 12

**2**. The system as recited in claim **1**, further comprising at least one client computing device, the client computing device operably coupled to the communications network to transmit and receive data.

**3**. The system as recited in claim **2**, wherein the client computing device comprises a wireless computing device.

**4**. The system as recited in claim **3**, wherein the wireless computing device comprises any of:

a mobile telephone, a pager, a wireless access protocol (WAP) device, a wireless personal digital assistant (PDA), a pocket-PC, and a wirelessly enable personal computer.

**5**. The system of claim **1** wherein the remote data directory structure management computing application comprises a computing application processing and storage area and a computing application display area.

**6**. The system as recited in claim **5**, wherein the communications network comprises a combination of any of: a wireless LAN, a fixed wire LAN, a wireless WAN, a fixed wire WAN, a wireless intranet, a fixed wire intranet, a wireless extranet, a fixed wire extranet, a wireless peer-to-peer network, a fixed wire peer-to-peer network, a central office, a public switch telephone network (PSTN), a voice provider communications network, the Internet, and the wireless Internet.

**7**. The system as recited in claim **1**, wherein the communications network comprises any of: a wireless LAN, a fixed wire LAN, a wireless WAN, a fixed wire WAN, a wireless intranet, a fixed wire intranet, a wireless extranet, a fixed wire extranet, a wireless peer-to-peer network, a fixed wire peer-to-peer network, a central office, a public switch telephone network (PSTN), a voice provider communications network, the Internet, and the wireless Internet.

**8**. The system as recited in claim **1**, wherein the computer server comprises a Web server.

**9**. The system as recited in claim **1**, further comprising at least one data store, the data store housing data used to realize remote access and management.

**10**. The system as recited in claim **9**, wherein the at least one data store comprises any of: a user ID data store, a data files data store, and the profile data store.

**11**. The system as recited in claim **10**, wherein the at least one data store comprises a combination of any of: the user ID data store, the data files data store, and the profile data store.

**12**. The system as recited in claim **1**, wherein delivering the user requested data and sending a confirmation of the delivery is accomplished via e-mail.

**13**. A method for providing remote data directory structure management across at least one communications network comprising:

receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network;

processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, the profile data store being queried for the data directory structures accessible to each of the participating users, wherein a single directory structure from among a plurality of the data directory struc-

tures associated with the profile data store is selected by each of the participating users for modification;

delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network;

generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets;

determining if user requested data is accessible based on the information in the profile data store; and

delivering the user requested data and sending a confirmation of the delivery.

**14**. The method as recited in claim **13**, wherein delivering the user requested data and sending a confirmation of the delivery is accomplished via e-mail.

**15**. The method as recited in claim **13**, wherein the profile data store provides an e-mail address.

**16**. The system of claim **1**, wherein the remote data directory structure management computing application determines if user requested data is accessible based on the information in the profile data store and, if so, delivering the user requested data and sending a confirmation of the delivery.

**17**. A computer readable medium having computer executable instructions to perform the steps recited in claim **13**.

**18**. A system providing remote management of data directory structures across at least one communications network comprising:

at least one computer server, the computer server operably coupled to the communications network;

at least one client computing device, the client computing device operably coupled to the communications network;

a computing application, the computing application having processing rules to process requests for remote management of data directory structures, the requests originating from the at least one client computing device and comprising a request for desired data found in a corresponding data directory structure, wherein the computing application provides control over data directory structures to participating users; and

a profile data store comprising information relating to the data and data directory structures accessible to each of the participating users, wherein the profile data store is queried for the data directory structures accessible to each of the participating users, wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification, the computing application determining if user requested data is accessible based on the information in the profile data store and, if so, delivering the user requested data and sending a confirmation of the delivery.

**19**. The system as recited in claim **18**, wherein the communications network comprises a combination of any of: a wireless LAN, a fixed wire LAN, a wireless WAN, a fixed wire WAN, a wireless intranet, a fixed wire intranet, a wireless extranet, a fixed wire extranet, a wireless peer-to-peer network, a fixed wire peer-to-peer network, a central office, a public switch telephone network (PSTN), a voice provider communications network, the Internet, and the wireless Internet.

* * * * *