## EXHIBIT E

**Webpage: Products and Services Offered**

7/11/22, 3:43 PM                              WordPress Hosting, Perfected. | WP Engine®

                                                                      MENU 



BEYOND WORDPRESS HOSTING

# Power your creativity on the #1 platform for WordPress

**PLANS AND PRICING**

**SEE ALL PRODUCTS**

Join the 1.2 million websites in 150 countries that trust WP Engine

           

           

           



Page |E-1



MENU

# Choose the best WordPress hosting solution for your business

Improve performance of your WordPress website, protect your business, and accelerate development, all backed by award-winning, 24/7 support.



**Foundation**

**WordPress hosting for fast &**

7/11/22, 3:43 PM   WordPress Hosting, Perfected. | WP Engine®

 

**EXPLORE FOUNDATION**



### Make more money with a faster website

Want a 40% improvement in site speed? Move to our platform. It's better for your visitors, your SEO, and your wallet.



### Save time & keep your website secure

Take advantage of automated updates, managed upgrades, daily backups, and more so you can focus on your business, not site maintenance.



### Create a stunning, mobile-friendly site in minutes

Migrate your site with one click or start building a drag-and-drop site with our suite of free WordPress themes and developer tools.



https://wpengine.com   3/12



**Premier**

## Enterprise WordPress Platform

EXPLORE PREMIER

### Deliver consistently extraordinary performance

Drive peak performance with highly scalable and redundant solutions with built in burst capacity optimized for WordPress websites.

7/11/22, 3:43 PM                                                        WordPress Hosting, Perfected. | WP Engine®



7/11/22, 3:43 PM WordPress Hosting, Perfected. | WP Engine®

 MENU 

# WordPress eCommerce solutions for WooCommerce stores

**EXPLORE ECOMMERCE**



## Scale your WooCommerce store to outperform competitors

Build new shopping experiences and eCommerce landing pages with our customizable themes and WooCommerce optimized blocks.



## Increase sales with Instant Store Search

Delight customers with exact search results. Instant Store Search is powered by ElasticPress, the leader in WordPress search.



## Optimize your store for best-in-class speed

Experience dramatically faster website speed on the fastest WordPress host for WooCommerce stores.





**Flywheel**

## Client management & billing tools to grow your agency

EXPLORE FLYWHEEL

### Get paid reliably & easily while simplifying invoicing

Bill clients for one-time and recurring services with automated invoices, so you can spend less time billing and more time creating.



                                                                              WP engine® MENU

**Put your clients first with intuitive management tools**

Give clients an easy-to-use portal where they can securely submit payments, edit contact information, and contact you.

**Resell hosting & more to your clients**

Easily add WordPress hosting, automated plugin updates, and more to your maintenance plans.

## Atlas

MENU 

**dynamic sites**

EXPLORE ATLAS



**One headless solution. One price. All in one place.**

Get dynamic Node.js and Headless WordPress in one package with your choice of modern framework. Avoid the hassle of working with multiple vendors.



**Transformative performance**

Execute pages up to 10X faster than traditional WordPress. Enable developers to build personalized back-end integrated experiences.



**Flexible and modern headless architecture**

Multiple server-side environments, auto-deployments, static & dynamic headless architectures, your choice of JavaScript framework, and 100% scriptable command line.

# Tools to help you build better WordPress websites, faster



Page |E-9



MENU



### Automated Site Migrations

Move your sites to our platform with no downtime. **Learn more**.



### Local WordPress Development

Build, test, and deploy sites faster with the #1 **WordPress local development** tool.



### Premium Themes & Block Tools

Build better sites faster with our powerful **Genesis themes & block** tools.





7/11/22, 3:43 PM WordPress Hosting, Perfected. | WP Engine®



