## EXHIBIT F

**Webpage: WordPress Hosting for Business Platform**





"With WP Engine, we know the sites we build are fast and secure, and since moving over, we've seen a steady increase in traffic and conversion rates by providing better digital experiences to our customers."

**—Nairica Hansotia, Senior Web Designer, Iovate Health Sciences International Inc. (Parent company of Hydroxycut)**



## Focus on growing your business, not website maintenance

Grow your WordPress store with our WooCommerce hosting platform. VIEW PLANS

## Enjoy the fastest performance in WordPress

Want more visitors, higher conversion rates and better SEO rankings? Our highly-optimized platform is proven to dramatically increase site speed. It's better for your business, and it's better for your visitors!

wpengine
Competitors

**40%**

**average improvement in site speed after migrating to WP Engine.**

https://

## Secure your site & focus on your business

Take advantage of automated WordPress updates, managed upgrades, daily backups, and handle continuous website monitoring. All of this helps you keep your site secure so you can focus on your business.

**25B+**

**attacks blocked every year for WP Engine customers.**

## Contact award-winning support 24x7x365

We're passionate about your businesses success, and our team of experts has the accolades to prove it! From the moment you start building to launch and beyond, we'll help you every step of the way to achieve your wildest website dreams.

GOLD
2020 STEVIE WINNER
FOR SALES & CUSTOMER SERVICE
SILVER
2020 STEVIE WINNER
SILVER
2019 STEVIE WINNER
FOR SALES & CUSTOMER SERVICE
2018 STEVIE SILVER WINNER
INTERNATIONAL BUSINESS AWARDS
2017 STEVIE GOLD WINNER
FOR SALES & CUSTOMER SERVICE

Hi there! What can I help You with today?
Type a message...







### Get online faster with the #1 WordPress tools

From effortless **local WordPress development** to beautiful **StudioPress themes** to an ecosystem of optimized WordPress plugins, we give you efficiencies and shortcuts to get you online with ease and speed.

**10**

premium WordPress themes, worth over $1,200, included for free with any WP Engine plan.

### Launch your eCommerce store & grow sales

Our integrated platform is optimized for WordPress eCommerce and WooCommerce sites, helping you boost sales with streamlined store creation and Instant Store Search (powered by ElasticPress). Impress your shoppers and build a better experience at a fraction of the cost of other platforms. **Explore eCommerce solutions**.

**10X**

faster product search for your store. Only available on our eCommerce plans.





7/11/22, 6:02 PM                                       Business WordPress Hosting | WP Engine®



## The features you need to build better sites, faster

Foundation plans include powerful technology, award-winning services, and workflow tools
to give your site the home it deserves.

**World-class Hosting Infrastructure**
- Dedicated servers & server clusters
- Data centers around the world
- Performance monitoring of code, themes, & plugins
- WordPress-optimized caching
- Site content in the cloud (CDN)
- WordPress multisite available for purchase

**Dedicated & Advanced Security**
- Platform-level protection to detect threats & block attacks
- Automatic WordPress & PHP updates
- Free SSL certificates
- WordPress-optimized WAF
- Activity logs & user permissions
- Multi-factor password authentication

**Easy-to-use Workflow Tools**
- Free automated migrations
- One-click staging sites
- SSH access with WP-CLI, MySQL, and bash
- GIT & SFTP connections
- Page performance monitoring
- Transferrable sites to hand off to clients

**Simple Local Development**
- Unlimited development sites
- Easy push & pull to & from staging or live sites
- Automatic WordPress installation

**Premium Themes & Block Tools**
- 10 premium StudioPress themes
- The Genesis Framework
- Genesis block-building tools

**Expert Support From WordPress Experts**
- 24x7x365 chat & ticket support
- Automated site backups
- WordPress experts ready to help



https://wpengine.com/smb/                                                                          4/7

Page |F-4



Grow your WordPress store with our WooCommerce hosting platform. VIEW PLANS

Products Agency Enterprise Pricing Contact Us Log In MIGRATE NOW

MANAGED HOSTING | MANAGED HOSTING PLUS | SECURE HOSTING | ECOMMERCE HOSTING

Managed Hosting gives you industry-leading speed, security, and stability that you need to start or grow your website.

Prices are listed annually in ($) USD

## MANAGED HOSTING STARTUP

**All the basics** for starting a small website or blog.

Annual discount applied!

Coupon applied julyoffer22
20% off your first payment!

$20 00 (USD) /mo
Billed at ~~$360~~ $240/yr.

**You're saving $120** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

| | |
|---|---|
| **Sites included** | 1 |
| **Visits / month** | 25,000 |
| **Local Storage** | 10 GB |
| **Bandwidth / month** | 50 GB |

## MANAGED HOSTING PROFESSIONAL

**The best solution** to build your brand.

Annual discount applied!

Coupon applied julyoffer22
20% off your first payment!

$39 33 (USD) /mo
Billed at ~~$708~~ $472/yr.

**You're saving $236** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

| | |
|---|---|
| **Sites included** | 3 |
| **Visits / month** | 75,000 |
| **Local Storage** | 15 GB |
| **Bandwidth / month** | 125 GB |

## MANAGED HOSTING GROWTH

Features you need for a **growing business.**

Annual discount applied!

Coupon applied julyoffer22
20% off your first payment!

$76 67 (USD) /mo
Billed at ~~$1380~~ $920/yr.

**You're saving $460** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

| | |
|---|---|
| **Sites included** | 10 |
| **Visits / month** | 100,000 |
| **Local Storage** | 20 GB |
| **Bandwidth / month** | 200 GB |

## MANAGED HOSTING SCALE

Higher capacity and site limits **scale your experiences.**

Annual discount applied!

Coupon applied julyoffer22
20% off your first payment!

$193 33 (USD) /mo
Billed at ~~$3480~~ $2320/yr.

**You're saving $1160** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

| | |
|---|---|
| **Sites included** | |
| **Visits / month** | 400 |
| **Local Storage** | 5 |
| **Bandwidth / month** | 50 |

7/11/22, 6:02 PM                                          Business WordPress Hosting | WP Engine®



How do I migrate an existing business website?                                                    +



7/11/22, 6:02 PM                                        Business WordPress Hosting | WP Engine®





https://wpengine.com/smb/                                                                              7/7

Page |F-7