## **EXHIBIT G**

**Webpage: Enterprise WordPress Hosting Platform**

# The most trusted enterprise WordPress hosting solution

Trusted by the world's top agencies and Fortune 500 companies. Effortlessly scale and transform your enterprise experiences with WP Engine's powerful technology and the flexibility of WordPress CMS.

LET'S CHAT                REQUEST A QUOTE



# Empower digital innovation
# for your brand

Whether you need WordPress hosting, a headless approach, or to standardize all of your WordPress sites with one provider, we offer the best enterprise solutions, experts, and agencies to support your digital success.





**PREMIER**

**Enterprise WordPress hosting platform**

Get enterprise-level speed, infrastructure built to scale, SOC-2 compliant security, and premium support with the flexibility of WordPress that developers need to expand your website's ecosystem of integrations.

EXPLORE PREMIER

**ATLAS**

**Complete headless WordPress platform**

Flexible headless architecture for the modern developer with speeds as fast as static sites. Connect WordPress to any system, from decoupled front ends to personalized omni-channel back-end integrated experiences.

EXPLORE ATLAS

**AGENCY SOLUTIONS**

**Enterprise solutions for agencies**

Enterprise clients have enterprise demands. See why top agencies like 10up, Droga5, Huge, R/GA, The Richards Group and more choose WP Engine to build engaging digital experiences and accelerate their time to market.

GET IN TOUCH

### Join the 1.5 million websites in 150 countries that already trust WP Engine



### Scale your enterprise websites with WP Engine - the leading managed WordPress host

WordPress powers more than 43% of the Internet with its unparalleled functionality. More than **60% of CMS users choose WordPress** over other CMS platforms.





## Helping enterprise brands win online with WordPress



"WP Engine's platform provides us with significant performance gains, but more importantly, our WP Engine team has been an amazing partner for Microsoft. This allows our teams to focus more on our core functions, without the worry of scale, security, or performance."

—**Brian Costea, Sr Group Manager, Web Operations, Microsoft**

SEE ALL CASE STUDIES

## Extend your solutions with our integrated partners

Leverage the flexibility of open source and best-of-breed technology. We provide ecosystem **integration with partners** across the martech stack.









Grow your WordPress store with our WooCommerce hosting platform. VIEW PLANS

Products Agency Enterprise Pricing Contact Us Log In MIGRATE NOW

# We'll help you get started

Our experts will help you find the perfect solution for your business!

LET'S CHAT REQUEST A QUOTE

## Let us find the best enterprise WordPress solution for you

Fill out the form below to be contacted by an enterprise sales expert. To talk to a WordPress expert right now, click the chat icon or call 1-877-973-6446.

**First Name**

**Last Name**

**Email**

**Company Name**

**Website URL**

**Phone Number**

Grow your WordPress store with our WooCommerce hosting platform. VIEW PLANS

Products Agency Enterprise Pricing Contact Us Log In MIGRATE NOW

*Please select an option*

**Country (Picklist)**

*Please select an option*

**How can we help you?** (optional)

**I consent to receiving occasional educational resources, event information and special offers from WP Engine.** (optional)

**Yes**

SUBMIT

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply. Learn more about WP Engine's **Privacy Policy**.

## Enterprise WordPress hosting FAQs

**What is enterprise hosting?** +

**Is WordPress enterprise ready?** +

**What enterprise companies use WordPress CMS?** +

**What should I look for in an enterprise-grade managed WordPress hosting provider?** +

**What are the benefits of using WP Engine for enterprise WordPress hosting?** +

*** 60 Day Money-Back Guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualif for a refund.

7/11/22, 6:25 PM                                   Trusted Enterprise WordPress Hosting Platform | WP Engine®





https://wpengine.com/enterprise/                                                                                                                    6/6

Page |G-6