## EXHIBIT H

**Webpage: WooCommerce Hosting Platform**



## WOOCOMMERCE HOSTING

# Fast, Secure WooCommerce Hosting Solution

Grow your WooCommerce store with WP Engine's eCommerce hosting platform. Increase website speed up to 40% and sales up to 18%.

**VIEW PRICING**     **VIEW FEATURES**



### Increase your store's website speed by up to 40% and average sales by up to 18%.

Our WooCommerce hosting platform is optimized to increase site speed and drive conversions. Site migration is free and backed by a **60 day money back guarantee**.

## The Fastest WordPress Host for WooCommerce Stores

Our WordPress eCommerce hosting platform is designed specifically for WooCommerce stores and optimized for website speed. Improve your dynamic web requests by "offloading" search requests to reduce server load, and use our compute-optimized infrastructure to dramatically speed up high-traffic sites.

# 40%



Grow your WordPress store with our WooCommerce hosting platform. VIEW PRICING

## Sell M ant Store Search (Pow Press)

Provide instant search results that showcase the most valuable and relevant products. Impress shoppers and increase conversion rates with features like autocomplete and "did you mean?" Best of all it works out-of-the-box, is enabled in one click, and is powered by ElasticPress—the leaders in WordPress search.

**18%**

**lift in conversion rates. 43% of shoppers use search, and they are twice as likely to buy compared with shoppers that don't search.**

## eCommerce Blocks Boost Your Productivity

Create new eCommerce landing pages and shopping experiences with our customizable WordPress eCommerce themes and WooCommerce optimized Gutenberg blocks. Or, empower your developers to build 100% custom blocks that are integrated with WooCommerce (without knowing React!).

**6X**

**higher conversion rate for WordPress eCommerce stores with a content marketing strategy vs. those without.**

## Ready to Grow Your eCommerce Store?

Talk to a specialist to find a solution that is right for you, or explore our plans and pricing.

VIEW PRICING

LET'S CHAT







Grow your WordPress store with our WooCommerce hosting platform. VIEW PRICING

for security and availability.

- Platform protections from unauthenticated file system access
- Managed WAF
- DDoS mitigation
- Encrypted global network routing
- Federated identity solutions

**109M+**

**attacks blocked every day by our security solutions.**

## Go to market on high-performance infrastructure.

We provide best-in-class infrastructure options that we optimize for WordPress. Enjoy built-in scalability and redundant architecture solutions with our 99.99% uptime SLA.

- Built-in scalability
- Global network of data centers
- Managed CDN
- WP Engine Evercache (proprietary front-end caching)
- PHP and WordPress updates

**40%**

**average improvement in site speed after migrating to WP Engine.**

## Automatically Migrate Your Existing Store in Minutes

Our free, automated website migration plugin makes moving your existing store to WP Engine easy. Install this plugin to your existing store, authorize the transfer, and instantly move your store to WP Engine. Our support team is available 24x7x365 to help.

**656K+**

## eCommerce Plans That Make WooCommerce Hosting Better

All eCommerce plans include powerful technology, award-winning services, and workflow tools to give your site the home it deserves.

**Powerful WooCommerce Hosting**
- Platform level protection from threats & attacks
- Shared hosting with plenty of headroom
- Compute-optimized dedicated servers
- WordPress-optimized caching & CDN
- Managed WordPress & PHP updates
- Global data centers available

**eCommerce Advanced Features**
- Instant Store Search for advanced product search
- Automated plugin updates and visual regression testing
- Build faster with premium Woo blocks, store starter template, and 100% custom eComm blocks!

**Easy-to-Use Workflow Tools**
- Free automated migrations for existing stores
- One-click staging & development
- Automated backups & restore points
- Effortless Local development
- Free image compression in Local
- Free broken link checking in Local



"The new search functionality has given our online store a major boost, including a 12% increase in sales and a higher cart value per customer."

—Alan Affelt, Owner, Stitchtopia

## Choose Your eCommerce Hosting Solution





Grow your WordPress store with our WooCommerce hosting platform. VIEW PRICING

Products Agency Enterprise Pricing Contact Us Log In MIGRATE NOW

## ECOMMERCE HOSTING STARTUP

**All the basics** for launching or migrating your small store.

**Annual discount applied!**

Coupon applied julyoffer22
**20% off your first payment!**

**$24**00 (USD) /mo
Billed at ~~$432~~ $288/yr.

**You're saving $144** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- One-click store creation
- Optimized store theme
- WooCommerce template
- Automated plugin updates
- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

**Sites included** 1

**Visits / month** 25,000

**Local Storage** 10 GB

**Bandwidth / month** 50 GB

## ECOMMERCE HOSTING PROFESSIONAL

**The best solution** to boost store sales and traffic.

**Annual discount applied!**

Coupon applied julyoffer22
**20% off your first payment!**

**$50**00 (USD) /mo
Billed at ~~$900~~ $600/yr.

**You're saving $300** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- Instant Store Search (powered by ElasticPress)
- One-click store creation
- Optimized store theme
- WooCommerce template
- Automated plugin updates
- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

**Sites included** 3

**Visits / month** 75,000

**Local Storage** 15 GB

**Bandwidth / month** 125 GB

## ECOMMERCE HOSTING GROWTH

Features you need to **build and grow stores faster.**

**Annual discount applied!**

Coupon applied julyoffer22
**20% off your first payment!**

**$93**33 (USD) /mo
Billed at ~~$1680~~ $1120/yr.

**You're saving $560** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- Instant Store Search (powered by ElasticPress)
- One-click store creation
- Optimized store theme
- WooCommerce template
- Automated plugin updates
- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

**Sites included** 10

**Visits / month** 100,000

**Local Storage** 20 GB

**Bandwidth / month** 200 GB

## ECOMMERCE HOSTING SCALE

Higher capacity and site limits **scale your store.**

**Annual discount applied!**

Coupon applied julyoffer22
**20% off your first payment!**

**$233**33 (USD) /mo
Billed at ~~$4200~~ $2800/yr.

**You're saving $1400** by getting 4 months free with annual prepay.

GET STARTED

**Available features**

- Instant Store Search (powere ElasticPress)
- One-click store creation
- Optimized store theme
- WooCommerce template
- Automated plugin updates
- 24/7 support
- 10 premium themes
- Free automated migrations
- Daily backups
- Free SSL and SSH
- One-click staging site

Complete feature list

**Sites included**

**Visits / month** 40(

**Local Storage** 5

**Bandwidth / month** 50

## Not sure what plan to pick?

7/11/22, 6:30 PM                                  Managed WooCommerce Hosting Solution for WordPress | WP Engine®





### WordPress eCommerce (WooCommerce) FAQ

| What is WooCommerce? | + |
| How do I build an eCommerce site using WordPress? | + |
| Is WordPress good for eCommerce websites? | + |
| Are WP Engine eCommerce plans secure? | + |
| How much does it cost to host an eCommerce website? | + |
| What are the benefits of switching to managed WooCommerce hosting? | + |
| How can I migrate my WooCommerce store to your managed hosting platform? | + |
| What if I am not happy with WP Engine's eCommerce hosting solution? | + |

\* 60 Day Money-Back Guarantee: We're so confident that you'll love our eCommerce plans that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund.



7/11/22, 6:30 PM                    Managed WooCommerce Hosting Solution for WordPress | WP Engine®





https://wpengine.com/ecommerce/                                                                                      7/7

Page |H-7