## **EXHIBIT I**

**Webpage: Headless WordPress Platform**

7/12/22, 8:51 PM                                                                 Headless WordPress Hosting | WP Engine®



## Pressing forward for Headless

Some of our recent releases, features, and open source contributions—all to help the web's favorite
CMS become the best Headless CMS.



**Atlas Sandbox**

Explore, play, and try all the goodness of Atlas in a feature-complete environment – all for FREE!



**Atlas Content Modeler**

Open source WordPress plugin provides developers with a simple UI for headless-first data modeling.



**Blueprints**

Kick-off new projects with standardized templates, pre-configured environments, and demo content.



**Faust.js**

Faust.js makes headless development easy by providing data fetching, authentication, and content previews.



**WPGraphQL Plugin**

A WordPress plugin that provides an extendable GraphQL schema and API for your Atlas WordPress sites.



**Atlas Search** *Beta*

Easily deploy dynamic search functionality and provide an experience that delivers results and engages site visitors.

## Get ahead of the competition





READ THE CASE STUDY

### One headless solution. One price. All in one place.

Node.js and Headless WordPress in one integrated platform. Work with a single trusted partner and say goodbye to the pain of coordinating multiple vendors, bills, and support channels.



### Transformative performance

WP Engine is already the web's fastest Managed WordPress platform. Adding Atlas and Node.js to the stack increases speed even further, executing pages up to 10X faster than traditional WordPress.





site from DDoS and other brute force attacks. Couple this with WP Engine's investment in a highly resilient and scalable WordPress platform.

### Deploy your way

Multiple server-side environments, auto-deployments from GitHub branches, both static and dynamic headless architectures, your choice of JavaScript framework, and a scriptable command-line.

### Headless support

The award-winning WP Engine support team, augmented by rich developer documentation and headless WordPress support is only a chat away. Your headless projects can move forward with confidence.





Products Agency Enterprise Pricing Contact Us Log In MIGRATE NOW

## Choose your Atlas solution

Whether Headless is something you want to try, or you've got a project ready to build and deploy, we've got the right plan for you.

Prices are listed annually in ($) USD

### Atlas Sandbox

Explore the full feature set of Atlas in a risk free, dev playground environment.

Free Trial

Start exploring Atlas today.

**$0** (USD) /mo

**Atlas Sandbox includes:**

- Full feature access
- Paired Node & WP environments
- Developer tooling
- Starter site blueprints
- How-to guides
- Dev documentation

**How it works:**

Complete the sign-up form and our team will set you up.

Note: a credit card will be required for fraud mitigation purposes only. Your

### Atlas Hosting

Unlock the power of headless WordPress and launch your site on Atlas.

Annual discount & coupon applied

$396 off your first year, that's 4 months free!

**$66** (USD) /mo

Billed at ~~$1,188~~ $792, then $990/yr after first year.

**Everything from Atlas Sandbox, plus:**

- Production deployment
- Additional sites
- Headless support
- Custom domain support

**Choose your plan size:**

### Advanced Solutions

Enterprise solutions with advanced support, high-availability & dedicated services.

**Advanced features include:**

- Increased infrastructure capacity for high-traffic sites
- High availability, 99.99% uptime SLA
- Compute-optimized, dedicated environment
- Highest level of security, SOC2 Type II
- Code-level monitoring and insights
- Managed Web Application Firewall
- Advanced DDOS Mitigation

**Advanced Services:**

- Technical account management
- White glove migration and launch support
- Comprehensive technical assessment



7/12/22, 8:51 PM                                               Headless WordPress Hosting | WP Engine®



          

Join these world-class websites that already use and love WP Engine's Atlas





7/12/22, 8:51 PM                                    Headless WordPress Hosting | WP Engine®



### Headless WordPress Hosting FAQ

Does WP Engine support headless WordPress sites?   +

What is a headless WordPress CMS?   +

I still have questions about Headless WordPress hosting and Atlas plans. Who can I talk to?   +



7/12/22, 8:51 PM                                      Headless WordPress Hosting | WP Engine®

Products    Agency    Enterprise    Pricing                    1  Contact Us        Log In        MIGRATE NOW

