# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WPENGINE, INC,<br><br>    Defendant. | Civil Action No. 6:22-cv-00786-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RETURN OF SERVICE EXECUTED

Plaintiff DataCloud Technologies, LLC hereby submits its Return of Service Executed of the required papers which were served on July 21, 2022, upon the Defendant, WPEngine, Inc. Proof of Service is attached hereto.

Dated: <u>July 28, 2022</u>                              Respectfully submitted,


                                                                <u>*/s/ Jonathan R. Miller*</u>
                                                                Jonathan L. Hardt (TX 24039906)*
                                                                **ROZIER HARDT MCDONOUGH PLLC**
                                                                712 W. 14th Street, Suite C
                                                                Austin, Texas 78701
                                                                Telephone: (210) 289-7541
                                                                Email: hardt@rhmtrial.com

                                                                C. Matthew Rozier (CO 46854)**
                                                                **ROZIER HARDT MCDONOUGH PLLC**
                                                                2590 Walnut Street, Suite 10
                                                                Denver, Colorado 80205
                                                                Telephone: (720) 820-3006
                                                                Email: matt@rhmtrial.com

                                                                James F. McDonough, III (GA 117088)*
                                                                Jonathan R. Miller (GA 507179)*
                                                                Travis E. Lynch (GA 162373)*
                                                                **ROZIER HARDT MCDONOUGH PLLC**
                                                                3621 Vinings Slope, Suite 4300
                                                                Atlanta, Georgia 30339
                                                                Telephone: (470) 480-9505, -9517, -9514
                                                                Email: jim@rhmtrial.com
                                                                Email: miller@rhmtrial.com
                                                                Email: lynch@rhmtrial.com

                        ***Attorneys for Plaintiff DATACLOUD TECHNOLOGIES, LLC***

\* Admitted to the Western District of Texas
\*\* Admission *pro hac vice* anticipated

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true copy of the above document to be filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: July 28, 2002            /s/ Jonathan R. Miller
                                Jonathan R. Miller (Bar No. 507179, GA)