# EXHIBIT A

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**DATACLOUD TECHNOLOGIES, LLC,**
*Plaintiff*

V.  Civil Action No. **6:22–CV–00786**

**WPENGINE, INC.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: **WPEngine, Inc.**
**c/o Capital Corporate Services, Inc.**
**206 East 9th Street, Suite 1300**
**Austin, Texas 78701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **James F. McDonough**
> **Rozier Hardt McDonough PLLC**
> **3621 Vinings Slope, Suite 4300**
> **Atlanta, GA 30339**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PHILIP J. DEVLIN**
CLERK OF COURT
**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

ISSUED ON 2022–07–18 09:23:19

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22–CV–00786

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

*[SEE ATTACHED stamp]*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 6:22-CV-00786-ADA-DTG

Plaintiff:
**Datacloud Technologies, LLC**

vs.

Defendant:
**WPEngine, Inc**

For:
Rozier Hardt McDonough PLLC
712 W 14th Street
Suite C
Austin, TX 78701

Received by Tom Kroll on the 21st day of July, 2022 at 10:21 am to be served on **WPEngine, Inc. by Serving Its Registered Agent, Capitol Corporate Services, Inc., 1501 S MoPac Expy, Ste 220, Austin, Travis County, TX 78746.**

I, Tom Kroll, being duly sworn, depose and say that on the **21st day of July, 2022 at 4:10 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in A Civil Action, Complaint for Patent Infringement, Report on The Filing or Determination of an Action Regarding a Patent or Trademark, Plaintiff's Rule 7.1 Corporate Disclosure Statement, and Civil Cover Sheet, With Exhibit A-I** with the date of service endorsed thereon by me, to: **Joe Digaetano, Capitol Corporate Services, Inc. as Authorized Agent** at the address of: **1501 S MoPac Expy, Ste 220, Austin, Travis County, TX 78746** on behalf of **WPEngine, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

My name is Tom Kroll. My date of birth is 7/5/1958. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 22nd, 2022 by Tom Kroll, declarant.

Subscribed and Sworn to before me on the 22nd day of July, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131900939

Tom Kroll
PSC-3012, Exp. 08/31/2023

The Legal Connection, Inc.
8656 W. Highway 71
Building F, Suite 200
Austin, TX 78735
(512) 892-5700

Our Job Serial Number: MST-2022006772
Ref: Datacloud Tech v. WPEngine, Inc.,