# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WPENGINE, INC.,<br><br>    Defendant. | Civil Action No. 6:22-cv-00786-ADA-DTG |

## NOTICE OF UNOPPOSED EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

Plaintiff DataCloud Technologies, LLC ("DataCloud") files this Notice of Agreed Extension of Time for Defendant WPEngine, Inc. ("Defendant") to Respond to the Complaint (Dkt. No. 1). Counsel for Defendant has requested additional time to file a responsive pleading, which is currently due August 11, 2022. Because there is no prejudice to DataCloud and the Court's schedule will not be impacted, DataCloud does not oppose this first request for an extension.

As such, pursuant to the Court's March 7, 2022 "Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines," DataCloud files this Notice regarding the agreed upon 30-day extension of time for Defendant to Respond to the Complaint up to and including September 12, 2022.[1]

---

[1] 30 days from August 11, 2022 is September 10, 2022, a Saturday. Therefore, the due date moves to the following Monday.

Dated: August 2, 2022                              Respectfully submitted,

/s/ Jonathan R. Miller
**ROZIER HARDT MCDONOUGH PLLC**
James F. McDonough, III (Bar No. 117088, GA)*
Jonathan R. Miller (Bar No. 507179, GA)*
Travis E. Lynch (Bar No. 162373, GA)*
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

**ROZIER HARDT MCDONOUGH PLLC**
Jonathan L. Hardt (TX 24039906)*
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

**ROZIER HARDT MCDONOUGH PLLC**
C. Matthew Rozier (CO 46854)**
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@rhmtrial.com

**ATTORNEYS FOR PLAINTIFF *DataCloud Technologies, LLC***

* admitted to the Western District of Texas
** admission *pro hac vice* anticipated

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendant by email on July 22 and 28 and August 2, 2022 to discuss the relief requested.

/s/ *James F. McDonough, III*
James F. McDonough, III (Bar No. 117088, GA)

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: August 2, 2022

/s/ *Jonathan R. Miller*
Jonathan R. Miller (Bar No. 507179, GA)