# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | |
| *Plaintiff*, | |
| v. | Case No. 6:22-cv-00786-ADA |
| WPENGINE, INC., | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

### DEFENDANT WPENGINE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WPEngine, Inc. hereby states that no publicly held corporation owns 10% or more of its stock.

Dated: September 27, 2022

Respectfully submitted,

*/s/ David P. Whittlesey*
David P. Whittlesey
Shearman & Sterling LLP
300 West 6th Street, 22nd Floor
Austin, TX 78701
Telephone: 512.647.1907
Facsimile: 512.857.6602
David.Whittlesey@Shearman.com

Patrick Colsher (*pro hac vice* to be filed)
Shearman & Sterling LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3728
Patrick.Colsher@Shearman.com

*Counsel for Defendant WPEngine, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 27, 2022, all counsel of record who have appeared in the above-captioned cases are being served with a copy of the foregoing.

                                             */s/ David P. Whittlesey*
                                             David P. Whittlesey