UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATACLOUD TECHNOLOGIES, LLC

vs.                                                                 Case No.: 6:22-cv-00786-ADA

WPENGINE, INC.,

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Patrick Colsher, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent WPEngine, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Shearman & Sterling LLP with offices at:

   Mailing address: 1460 El Camino Real, 2nd Floor

   City, State, Zip Code: Menlo Park, CA 94025

   Telephone: 650-838-3728          Facsimile: 650-838-3699

2. Since May 17, 2021, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 336958.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | U.S. District Court for the SDNY | 7/26/2011 |
   | U.S. District Court for the EDNY | 8/15/2011 |
   | See attached list | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   None.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:21-cv-01230 on the 29 day of December, 2021.
   Number: 6:20-cv-01216 on the 12 day of March, 2021.
   Number: See attached on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   None.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: David P. Whittlesey

Mailing address: 300 West 6th Street, 22nd Floor

City, State, Zip Code: Austin, Texas 78701

Telephone: 512-647-1907

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Patrick Colsher to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Patrick Colsher
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28 day of September, 2022.

Patrick Colsher
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# ADDENDUM

2. Additional list of Bar Membership:

| State | Admission Date | Bar License Number |
|---|---|---|
| New York | 01/26/2011 | 4883542 |
| New Jersey | 11/15/2010 | 012732010 |

3. Additional list of courts the applicant has been admitted to practice:

| Court | Admission Date |
|---|---|
| United States District Court for the District of New Jersey | 11/15/2010 |
| United States District Court for the Eastern District of Texas | 01/01/2013 |
| United States Court of Appeals for the Federal Circuit | 03/05/2012 |
| United States District Court for the Northern District of California | 05/19/2021 |
| United States District Court for the Central District of California | 05/20/2021 |
| United States District Court for the District of Colorado | 05/25/2021 |

5. Additional cases in this district the applicant has previously applied to Appear Pro Hac Vice:

Number: 1:13-cv-01070 on the 29 day of January, 2014.
Number: 1:13-cv-00128 on the 4 day of March, 2013.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATACLOUD TECHNOLOGIES, LLC

vs.                                                Case No.: 6:22-cv-00786-ADA

WPENGINE, INC.,

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Patrick Colsher, counsel for WPEngine, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Patrick Colsher may appear on behalf of WPEngine, Inc. in the above case.

IT IS FURTHER ORDERED that Patrick Colsher, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September, 20_____.

UNITED STATES DISTRICT JUDGE