UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>WPENGINE, INC.,<br><br>  Defendant. | Civil Action No. 6:22-cv-00786-ADA-DTG |

## CASE READINESS STATUS REPORT

Plaintiff DataCloud Technologies, LLC ("Plaintiff") and Defendant WPEngine, Inc. ("Defendant") (collectively, the "Parties") hereby provide the following status report.

### FILING AND EXTENSIONS

Plaintiff's Complaint was filed on July 15, 2022 and served on July 21, 2022 (*see* Dkt. 6). Defendant has received an extension of 30 days (*see* Dkt. 7) and a second extension of 15 days (*see* Dkt. 8) to respond to the Complaint.

### RESPONSE TO THE COMPLAINT

Defendant filed its Answer to the Complaint on September 27, 2022 which asserted no counterclaims (*see* Dkt. 9).

### PENDING MOTIONS

There are no pending motions. Defendant expects to move to transfer the case to the Austin Division. Plaintiff may be moving to amend the complaint to add additional patents.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are no CRSR-Related Cases, and there are no other cases pending in this Court that assert claims of infringement of the Patents-in-Suit.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted four patents and a total of four claims in its Complaint. The asserted patents are:

|    | U.S. Patent No. | Title |
|----|-----------------|-------|
| 1. | 7,209,959 | Apparatus, System, And Method For Communicating To A Network Through A Virtual Domain Providing Anonymity To A Client Communicating On The Network |
| 2. | 7,398,298 | Remote Access And Retrieval Of Electronic Files |
| 3. | 8,615,555 | Remote Access And Retrieval Of Electronic Files |
| 4. | 8,762,498 | Apparatus, System, And Method For Communicating To A Network Through A Virtual Domain |

Plaintiff anticipates that it will assert 80 or fewer claims in this litigation.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties have no pre-*Markman* issues to raise at the CMC.

Dated: October 4, 2022                Respectfully submitted,

                                             */s/ James F. McDonough, III*

**ROZIER HARDT MCDONOUGH PLLC**
James F. McDonough, III (Bar No. 117088, GA)*
Jonathan R. Miller (Bar No. 507179, GA)*
Travis E. Lynch (Bar No. 162373, GA)*
3621Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

**ROZIER HARDT MCDONOUGH PLLC**
Jonathan L. Hardt (TX 24039906)*
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

**ROZIER HARDT MCDONOUGH PLLC**
C. Matthew Rozier (CO 46854)**
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@rhmtrial.com

                **ATTORNEYS FOR PLAINTIFF** *DataCloud Technologies, LLC*

\* admitted to the Western District of Texas
\*\* admission to the Western District of Texas anticipated

Dated: October 4, 2022          Respectfully submitted,

*/s/ Patrick Colsher #*

**SHEARMAN & STERLING LLP**
David P. Whittlesey*
300 West 6th Street, 22nd Floor
Austin, Texas 78701
Telephone: (512) 647-1907
Facsimile: (512) 857-6602
Email: David.Whittlesey@Shearman.com

**SHEARMAN & STERLING LLP**
Patrick Colsher***
1460 El Camino Real, 2nd Floor
Menlo Park, California 94025
Telephone: (650) 838-3728
Email: Patrick.Colsher@Shearman.com

**ATTORNEYS FOR DEFENDANT *WPEngine, Inc.***

\* admitted to the Western District of Texas
\*\*\* admitted *pro hac vice*
\# e-signed with express permission

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendant by email on October 4, 2022 to discuss the topics above.

>  */s/ Jonathan R. Miller*
> Jonathan R. Miller

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: October 4, 2022

> */s/ James F. McDonough, III*
> James F. McDonough, III