IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WPENGINE, INC.,<br><br>    Defendant. | Civil Action No. 6:22-cv-00786-ADA-DTG |

## JOINT MOTION TO STAY CASE

Plaintiff DATACLOUD TECHNOLOGIES, LLC and Defendant WPENGINE, INC. (collectively, the "Parties") move to stay this case for a period of 30 days. An agreement in principle on terms that would resolve this matter in its entirety has been reached, and the Parties are requesting this stay in order to allow time to finalize the terms of that agreement and submit dismissal papers with this Court. The Parties therefore move to stay this case, up to and including January 6, 2023, to allow the Parties the time to effectuate the agreement and file the appropriate dismissal papers.

<u>December 7, 2022</u>

Respectfully submitted,

By: */s/ James F. McDonough, III*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)**
**ROZIER HARDT MCDONOUGH PLLC**
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*
Travis E. Lynch (GA 162373)*
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

*Attorneys for Plaintiff*
***DATACLOUD TECHNOLOGIES, LLC***

*Admitted to the Western District of Texas
** Admission *pro hac vice* anticipated

*/s/ David P. Whittlesey* #

David P. Whittlesey*
**SHEARMAN & STERLING LLP**
300 West 6th Street, 22nd Floor
Austin, Texas 78701
Telephone: (512) 647-1907
Facsimile: (512) 857-6602
Email: David.Whittlesey@Shearman.com

Patrick Colsher***
**SHEARMAN & STERLING LLP**
1460 El Camino Real, 2nd Floor
Menlo Park, California 94025
Telephone: (650) 838-3728
Email: Patrick.Colsher@Shearman.com

*Attorneys for Defendant*
***WPENGINE, INC.***

\# e-signed with express permission
*Admitted to the Western District of Texas
*** Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2022, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record *via* email.

By: */s/ James F. McDonough, III*
James F. McDonough, III