IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WPENGINE, INC.,<br><br>    Defendant. | Civil Action No. 6:22-cv-00786-ADA-DTG |

# ORDER ON

# JOINT MOTION TO STAY CASE

Plaintiff DATACLOUD TECHNOLOGIES, LLC and Defendant WPENGINE, INC. (collectively, the "Parties") have moved to stay this case for a period of 30 days to allow for an agreement in principle to ripen into an agreement that will allow this matter to be dismissed. *See* Dkt. No. 16 (the "Motion"). For good cause shown, the Motion is **GRANTED**.

This case is stayed for 30 days, up to and including January 6, 2023, at which time the Court expects DataCloud to have filed a dismissal or to have informed the Court as to why a dismissal has not been filed.

**SO ORDERED.**

Dated: _____

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE