IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, <br>     Plaintiff, <br> v. <br> WPENGINE, INC., <br>     Defendant. | Civil Action No. 6:22-cv-00786-ADA-DTG |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), DATACLOUD TECHNOLOGIES, LLC and Defendant WPENGINE, INC. (collectively, the "Parties"), by and through their respective counsel, hereby file this Stipulation of Dismissal, dismissing all claims in this action with prejudice. The Parties shall each bear their own fees, costs, and expenses.

December 28, 2022                                                Respectfully submitted,

By: */s/ James F. McDonough, III*                               */s/ David P. Whittlesey* #

Jonathan L. Hardt (TX 24039906)*                                David P. Whittlesey*
**ROZIER HARDT MCDONOUGH PLLC**                                 **SHEARMAN & STERLING LLP**
712 W. 14th Street, Suite C                                     300 West 6th Street, 22nd Floor
Austin, Texas 78701                                             Austin, Texas 78701
Telephone: (210) 289-7541                                       Telephone: (512) 647-1907
Email: hardt@rhmtrial.com                                       Facsimile: (512) 857-6602
                                                                Email: David.Whittlesey@Shearman.com

C. Matthew Rozier (CO 46854)**
**ROZIER HARDT MCDONOUGH PLLC**                                 Patrick Colsher***
2590 Walnut Street, Suite 10                                    **SHEARMAN & STERLING LLP**
Denver, Colorado 80205                                          1460 El Camino Real, 2nd Floor
Telephone: (720) 820-3006                                       Menlo Park, California 94025
Email: matt@rhmtrial.com                                        Telephone: (650) 838-3728
                                                                Email: Patrick.Colsher@Shearman.com

James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*                                 *Attorneys for Defendant*
Travis E. Lynch (GA 162373)*                                    *WPENGINE, INC.*
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300                                  # e-signed with express permission
Atlanta, Georgia 30339                                          *Admitted to the Western District of Texas
Telephone: (470) 480-9505, -9517, -9514                         *** Admitted *pro hac vice*
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

*Attorneys for Plaintiff*
*DATACLOUD TECHNOLOGIES, LLC*

*Admitted to the Western District of Texas
** Admission *pro hac vice* anticipated

## CERTIFICATE OF SERVICE

I certify that on December 28, 2022, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record *via* email.

By: */s/ James F. McDonough, III*
James F. McDonough, III
